UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| U.S. BANK N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-HE6, ASSET-BACKED CERTIFICATES, SERIES 2004-HE6,<br><br>　　Plaintiff,<br><br>v.<br><br>RIKKA TAYLOR, et al.,<br><br>　　Defendants. | No. 5:23-CV-083-H |

## ORDER OF DISMISSAL

Before the Court is the plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. No. 13. Because the defendants have not filed an answer, the Court instructs the Clerk of Court to dismiss this action without prejudice under Rule 41(a)(1)(A)(i). In accordance with this order, the plaintiff's Motion for Default Judgement, Dkt. No. 12, is denied as moot. The parties shall each bear their own costs and attorney's fees.

So ordered on September 19, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE